# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**AMONTE A. JACKSON,**
        **Petitioner,**

    v.                                             Case No. 11-CV-00932

**WILLIAM POLLARD,**
        **Respondent.**

## DECISION AND ORDER

On October 5, 2011, petitioner Amonte A. Jackson filed this petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. After screening this case as required by Rule 4 of the Rules Governing § 2254 Cases, I ordered respondent to file an answer to the petition. Respondent filed his answer on November 22, 2011, and I gave petitioner until March 23, 2012 to respond by filing a brief in support of his petition. This deadline has now passed, and petitioner has not yet filed a brief in support of his petition. I will grant petitioner one final opportunity to file his brief by extending the deadline once more to May 31, 2012. However, if petitioner does not file a brief in support of his petition by that date, no additional extensions will be granted, and I will decide the case based on the pleadings already filed with the court. The pleadings in this case include the original petition for relief, the brief filed with that petition, the supplement petitioner filed on November 14, 2011, and respondent's answer to the petition.

**THEREFORE, IT IS ORDERED** that petitioner has until **May 31, 2012** to file a **BRIEF IN SUPPORT** of the petition. If petitioner does not file an additional brief in support of his petition, the case will be decided based on the pleadings already filed with the court.

Dated at Milwaukee, Wisconsin, this 11th day of May, 2012.

                                                                <u>s/ Lynn Adelman</u>
                                                                LYNN ADELMAN
                                                                District Judge